Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank Gregory Casella (SBN 301494)
fcasella@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MALIBU TEXTILES, INC., | Case No.: 14-CV-4054-R-MAN |
|---|---|
| Plaintiff, | *Hon. Manuel L. Real Presiding* |
| v. | **STIPULATION TO ALLOW FILING OF THIRD AMENDED COMPLAINT** |
| LABEL LANE INTERNATIONAL, INC., et al., | *[[Proposed]Order and Third Amended Complaint Submitted Herewith]* |
| Defendants. | |

WHEREAS, the Parties have conferred regarding the Second Amended Complaint;

WHEREAS, the Parties wish to address perceived issues with the Second Amended Complaint without Court intervention;

WHEREAS, amending the pleading is in the interest of judicial efficiency;

THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate as follows:

1. Plaintiff's Third Amended Complaint, a copy of which is attached hereto as Exhibit A, shall be filed; and

2. Defendants reserve all rights and defenses and may file their response within 21 days of the filing of the Second Amended Complaint.

SO STIPULATED.

Dated: February 22, 2017   By:   /s/ Frank Gregory Casella
Stephen M. Doniger, Esq.
Frank Gregory Casella, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff

Dated: February 22, 2017   By:   /s/ Staci Jennifer Riordan
Staci Jennifer Riordan, Esq.
NIXON PEABODY LLP
Attorneys for Defendant