*Denied no good cause is shown*

*[Handwritten: "Denied no good cause is shown" — signed 3-7-2017]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU TEXTILES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LABEL LANE INTERNATIONAL, INC., *et al.*,<br><br>Defendants. | Case No.: 14-CV-4054-R-MAN<br>*Hon. Manuel L. Real Presiding*<br><br>[~~PROPOSED~~] ORDER ~~ON~~ DENYING STIPULATION TO ALLOW FILING OF SECOND AMENDED COMPLAINT |

- 1 -

[PROPOSED] ORDER ON STIPULATION TO ALLOW FILING OF THIRD AMENDED COMPLAINT

Having reviewed the parties' Stipulation to Allow Filing of Third Amended Complaint and finding good cause thereon;

IT IS HEREBY ORDERED that Plaintiff's Third Amended Complaint shall be filed.

IT IS FURTHER ORDERED that Defendant will have 21 days from the filing of the Third Amended Complaint to file a response.

SO ORDERED.

Dated: __3-7-__, 2017

**DENIED BY ORDER OF THE COURT**

Hon. Manuel L. Real
United States District Judge

- 2 -

[PROPOSED] ORDER ON STIPULATION TO ALLOW FILING OF THIRD AMENDED COMPLAINT