**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU TEXTILES, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> LABEL LANE INTERNATIONAL, INC., et al., <br><br> Defendant(s). | Case No. CV-14-04054-R-MAN <br><br> **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |

Plaintiff was ordered to show cause in writing no later than **November 12, 2019** why this action should not be dismissed for lack of prosecution. On November 12, 2019, plaintiff filed a response. Plaintiff's response, however, fails to show good cause as to why plaintiff has failed to file a motion for default judgment, and further fails to show good cause as to why this action should not be dismissed for lack of prosecution.

WHEREAS, the period has elapsed without any good cause to warrant a further extension;

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: November 22, 2019

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE